# United States Bankruptcy Court
## Eastern District of New York

In re: **20 Bayard Views, LLC**, Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **20 Bayard Views, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**December 4, 2009**
Date

**/s/ Leslie A. Berkoff**
**Leslie A. Berkoff**
Signature of Attorney or Litigant
Counsel for **20 Bayard Views, LLC**
**Moritt, Hock, Hamroff, Horowitz, LLP**
**400 Garden City Plaza**
**Garden City, NY 11530**
**(516) 873-2000 Fax:(516) 672-4772**

**- and -**

**John S. Mairo**
**Porzio, Bromberg & Newman, PC**
**100 Southgate Parkway**
**Morristown, NJ 07962-1997**
**(973) 538-4006 Fax:(973) 538-5146**