B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **20 Bayard Views, LLC**                                Case No. _____
                                    Debtor(s)            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Add Plumbing**<br>**120 Evergreen Ave.**<br>**Brooklyn, NY 11206** | **Add Plumbing**<br>**120 Evergreen Ave.**<br>**Brooklyn, NY 11206** | | | **325,000.00** |
| **Parkview**<br>**266 Broadway**<br>**Suite 501**<br>**Brooklyn, NY 11211** | **Parkview**<br>**266 Broadway**<br>**Suite 501**<br>**Brooklyn, NY 11211** | | | **230,000.00** |
| **Earnest Feldmen**<br>**1668 54th St.**<br>**Brooklyn, NY 11219** | **Earnest Feldmen**<br>**1668 54th St.**<br>**Brooklyn, NY 11219** | | | **90,000.00** |
| **Berry's Cooling & Heating**<br>**174 Broadway**<br>**Brooklyn, NY 11211** | **Berry's Cooling & Heating**<br>**174 Broadway**<br>**Brooklyn, NY 11211** | | | **73,440.00** |
| **Zenta Design, Inc.**<br>**4403 15th Ave.**<br>**Brooklyn, NY 11211** | **Zenta Design, Inc.**<br>**4403 15th Ave.**<br>**Brooklyn, NY 11211** | | | **70,000.00** |
| **New Age Iron Works**<br>**183 Van Siclen Ave.**<br>**Brooklyn, NY 11207** | **New Age Iron Works**<br>**183 Van Siclen Ave.**<br>**Brooklyn, NY 11207** | | | **44,960.10** |
| **High View Management**<br>**610 Broadway**<br>**Brooklyn, NY 11211** | **High View Management**<br>**610 Broadway**<br>**Brooklyn, NY 11211** | | | **17,379.85** |
| **Steel Toe, Inc.**<br>**1222 Putnam Ave.**<br>**Brooklyn, NY 11221** | **Steel Toe, Inc.**<br>**1222 Putnam Ave.**<br>**Brooklyn, NY 11221** | | | **9,350.00** |
| **Reds Telecome**<br>**81 Spencer St.**<br>**Brooklyn, NY 11205** | **Reds Telecome**<br>**81 Spencer St.**<br>**Brooklyn, NY 11205** | | | **7,219.47** |
| **The Cleaning Depot**<br>**PO Box 1035**<br>**Monsey, NY 10952** | **The Cleaning Depot**<br>**PO Box 1035**<br>**Monsey, NY 10952** | | | **6,600.00** |
| **Certified Lumber**<br>**470 Kent Ave.**<br>**Brooklyn, NY 11211** | **Certified Lumber**<br>**470 Kent Ave.**<br>**Brooklyn, NY 11211** | | | **5,401.57** |

B4 (Official Form 4) (12/07) - Cont.

In re  **20 Bayard Views, LLC**                                              Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **B. Moore Design** 385 Atlantic Ave. Brooklyn, NY 11217 | **B. Moore Design** 385 Atlantic Ave. Brooklyn, NY 11217 | | | **5,000.00** |
| **Franklin Printing** 1840 Flatbush Ave. Brooklyn, NY 11210 | **Franklin Printing** 1840 Flatbush Ave. Brooklyn, NY 11210 | | | **4,248.30** |
| **H.T.C. Appliances** 72-04 Main St. Flushing, NY 11367 | **H.T.C. Appliances** 72-04 Main St. Flushing, NY 11367 | | | **4,168.65** |
| **Lik-Nu Porcelain Inc.** 179 Woodbury Rd. Hicksville, NY 11801 | **Lik-Nu Porcelain Inc.** 179 Woodbury Rd. Hicksville, NY 11801 | | | **3,608.89** |
| **Engraving & More** 162 Lee Ave. Brooklyn, NY 11211 | **Engraving & More** 162 Lee Ave. Brooklyn, NY 11211 | | | **3,168.07** |
| **I IG Graph** 166 Rodney Brooklyn, NY 11211 | **I IG Graph** 166 Rodney Brooklyn, NY 11211 | | | **3,000.00** |
| **Comin'Up, Inc.** 77 Legion St. Brooklyn, NY 11212 | **Comin'Up, Inc.** 77 Legion St. Brooklyn, NY 11212 | | | **2,990.00** |
| **A P Fitness** 5614 New Utrecht Ave. Brooklyn, NY 11219 | **A P Fitness** 5614 New Utrecht Ave. Brooklyn, NY 11219 | | | **1,500.00** |
| **Thyssenkrupp Elevator Crp** 125 Moen Ave. Cranford, NJ 07016 | **Thyssenkrupp Elevator Crp** 125 Moen Ave. Cranford, NJ 07016 | | | **909.87** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December  4, 2009**                Signature  **/s/ Martin Ehrenfeld**
                                                       **Martin Ehrenfeld**
                                                       **Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.