# HERRICK

NEW YORK
NEWARK
PRINCETON

ANDREW C. GOLD
PARTNER
Direct Tel: 212.592.1459
Direct Fax: 212.545.3336

Email: agold@herrick.com

December 15, 2009

Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court for
the Eastern District of New York
271 Cadman Plaza East, Suite 3585
Brooklyn, New York 11201

      Re:    *In re 20 Bayard Views, LLC*; Case No. 09-50723 (ESS)

Dear Judge Stong:

      Yesterday I filed a letter on the Court's docket in the above-referenced case on behalf of W Financial Fund, LP ("WFF"), a secured creditor of 20 Bayard Views, LLC (the "Debtor"). This letter is to inform the Court that the previous letter contained an error regarding the Debtor's consent to an extension of time to December 17, 2009, for WFF to file an objection to the Debtor's cash collateral motion [Docket No. 8]. The Debtor has consented to an extension of time to **December 16, 2009 at 4:00 pm** for WFF to file and objection. My apologies for any confusion this may have caused the Court.

      Respectfully submitted,

      Andrew C. Gold

cc:    John S. Mairo (counsel for the Debtor)
       Diana G. Adams (United States Trustee)

HERRICK, FEINSTEIN LLP

A New York limited
liability partnership
including New York
professional corporations

2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500 • www.herrick.com