HERRICK, FEINSTEIN LLP
*Attorneys for W Financial Fund, LP*
Andrew C. Gold
Hanh V. Huynh
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
agold@herrick.com
hhuynh@herrick.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                          Chapter 11

20 BAYARD VIEWS, LLC,                                      Case No. 09-50723 (ESS)

        Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                             ) ss.:
COUNTY OF NEW YORK   )

The undersigned, being duly sworn, deposes and says:

Deponent is a legal assistant at Herrick, Feinstein LLP, is not a party to this proceeding, is over 18 years of age and resides at New York, New York.

On December 18, 2009, Deponent served:

*Objection of W Financial Fund, LP to Application for Order Authorizing the Retention of Porzio, Bromberg & Newman, P.C. as Counsel for the Debtor (Docket No. 26)* via electronic mail upon the parties on the annexed list.

Date:  New York, New York
       December 18, 2009

                                                                       _____
                                                                       Shelby Kelleher

Sworn to before me this
18th day of December, 2009

_____
Notary Public, State of New York

              ROBERT K. WIDDICOMBE
          Notary Public, State of New York
                No. 01WI6160994
           Qualified in Westchester County
       Certificate Filed in New York County
      Commission Expires Feb. 12, 2011

## SERIVCE LIST

| | |
|---|---|
| **John S. Mairo** <br> Porzio Bromberg & Newman PC <br> jsmairo@pbnlaw.com <br> **Counsel for 20 Bayard Views, LLC** | **Leslie A. Berkoff** <br> Moritt Hock Hamroff Horowitz <br> lberkoff@morritthock.com <br> **Counsel for 20 Bayard Views, LLC** |